**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| SASTIN 2, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-17-1252-D |
| | ) | |
| HEMINGWAY ASSOCIATION, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

Before the Court is the parties' Joint Motion to Stay Scheduling Order [Doc. No. 29]. For good cause shown, the motion is GRANTED.

The following unexpired deadlines are stayed pending the Court's ruling on the issue of subject matter jurisdiction:

| Deadline Description | Current Deadline |
|---|---|
| Defendant's Objections to Plaintiff's Final List of Exhibits | 9/6/2018 |
| Defendant's Final Witness & Exhibit List | 9/6/2018 |
| Dispositive and *Daubert* Motions | 9/6/2018 |
| Plaintiff's Objections to Defendant's Final Exhibit List | 9/20/18 |
| Completion of Discovery | 10/4/18 |
| Designation of Deposition Testimony to be used at Trial | 10/15/18 |
| Motions in Limine | 10/15/18 |
| Requested Voir Dire | 10/15/18 |
| Trial Briefs | 10/15/18 |
| Requested Jury Instructions | 10/15/18 |
| Proposed Findings and Conclusions of Law | 10/15/18 |
| Final Pretrial Report | 10/15/18 |
| Objections and Counter-Designations to Deposition Testimony | 10/22/18 |
| Objections to Counter-Designations | 10/29/18 |
| Objections or Responses to Trial Submissions | 10/29/18 |
| Trial | To Be Set |

All other provisions of the initial Scheduling Order [Doc. No. 13], filed March 6, 2018, remain in effect.

IT IS SO ORDERED this 6th day of September 2018.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE